UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT D. SEXTON and SONIA L. SEXTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC BANK, FSB; STEWART TITLE GURANTY COMPANY; NDEX WEST, LLC; ONEWEST BANK, FSB; LSI TITLE AGENCY; TICOR TITLE a Nevada Corporation; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25, Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.: 3:11-cv-00440-LRH-VPC<br><br>**ORDER ON MOTION TO EXPUNGE NOTICES OF LIS PENDENS** |

Having read and considered the Motion to Expunge Notice of Lis Pendens in the above captioned matter filed by Defendants NDEX WEST, LLC (hereinafter referred to as "NDEX") and ONEWEST BANK, FSB (hereinafter referred to as "ONEWEST") and there being no opposition thereto, and good cause appearing therefore,

1   IT IS HEREBY ORDERED that NDEX and ONEWEST's Motion to Expunge Notice of Lis Pendens is hereby granted in its entirety.

IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Lis Pendens filed and recorded by or on behalf of the Plaintiff on the real property located at 5 Pecetti Circle, Reno, NV 89511 (APN 162-122-03) with the Washoe County Recorder's Office as Instrument Number 4002509, is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiff shall record with the Washoe County Recorder's Office, a copy of this Order of Cancellation.

SO ORDERED.

DATED this 23rd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE